UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany R. Tovar and Reid Olson, | Case Number: <u>16-cv-00100 (DWF/LIB)</u> |
| Plaintiffs, | |
| v. | |
| Essentia Health; Innovis Health, LLC d/b/a Essentia Health West; HealthPartners, Inc.; and HealthPartners Administrators, Inc., | |
| Defendants. | |

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action may be, and hereby is, dismissed with prejudice with all parties agreeing to bear their own costs and fees.

IT IS FURTHER STIPULATED AND AGREED that a judgment of dismissal with prejudice may be entered pursuant to the Stipulation without further notice.

Dated:  <u>July 23, 2019</u>

*s/ Christy L. Hall*
Christy L. Hall (#0392627)
Ashlynn Kendzior (#400136)
GENDER JUSTICE
200 University Avenue West, Suite 200
St. Paul, MN  55103
Telephone: (651) 789-2093
Christy.hall@genderjustice.us
Ashlynn.kendzior@genderjustice.us
**Attorneys for Plaintiff Reid Olson and Brittany R. Tovar**

|  |  |
|---|---|
| Dated: July 23, 2019 | *s/ Lisa Edison-Smith*<br>Lisa Edison-Smith (#266127)<br>Vanessa L. Lystad (#0394881)<br>VOGEL LAW FIRM<br>218 NP Avenue, PO Box 1389<br>Fargo, North Dakota 58107-1389<br>Telephone: (701) 237-6983<br>ledison-smith@vogellaw.com<br>vlystad@vogellaw.com<br>**Attorneys for Defendants Essentia Health and Innovis Health dba Essentia Health West** |
| Dated: July 24, 2019 | *s/ David M. Wilk*<br>David M. Wilk (#222860)<br>LARSON • KING LLP<br>2800 Wells Fargo Place<br>30 East Seventh Street<br>St. Paul, Minnesota 55101<br>Telephone: (651) 312-6500<br>dwilk@larsonking.com<br>**Attorneys for Defendants HealthPartners, Inc. and HealthPartners Administrators, Inc.** |