# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Brittany R. Tovar and Reid Olson, | Civil No. 16-100 (DWF/LIB) |
| Defendants, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Essentia Health; Innovis Health, LLC d/b/a Essentia Health West; HealthPartners, Inc.; and HealthPartners Administrators, Inc., | |
| Defendants. | |

Based upon the Stipulation of Dismissal filed by the parties on July 24, 2019, (Doc. No. [121]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with all parties agreeing to bear their own costs and fees.

Dated:  July 25, 2019            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge